

**Service of Process Transmittal**
01/31/2020
CT Log Number 537104451

**TO:** Erin Lunn Ricouard
Progressive Casualty Insurance Company
1425 Airline Dr Ste 150
Metairie, LA 70001-5901

**RE:** **Process Served in Louisiana**

**FOR:** Progressive Paloverde Insurance Company (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ELLIOT WASHINGTON, PLTF. vs. PROGRESSIVE PALOVERDE INSURANCE COMPANY, DFT. |
| **DOCUMENT(S) SERVED:** | Letter, Citation, Petition, Request |
| **COURT/AGENCY:** | 15th Judicial District Court, Parish of Lafayette, LA<br>Case # C20200258L |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/31/2020 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | Kenny M. Habetz, Jr.<br>Brandt & Sherman, L.L. P.<br>111 Mercury Street<br>Lafayette, LA 70503<br>337-800-4000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/01/2020, Expected Purge Date: 02/06/2020<br><br>Image SOP<br><br>Email Notification, Robin Acrey robin_acrey@progressive.com<br><br>Email Notification, Erin Lunn Ricouard erin_lunn@progressive.com<br><br>Email Notification, Michelle McReynolds MICHELLE_L_MCREYNOLDS@progressive.com<br><br>Email Notification, PEGGY RIPP peggy_ripp@progressive.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>155 Federal St Ste 700<br>Boston, MA 02110-1727 |
| **For Questions:** | 800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT "A"

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

PROGRESSIVE PALOVERDE INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Suit No.: 693218




EXHIBIT "A"

# State of Louisiana
# Secretary of State

01/30/2020

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

PROGRESSIVE PALOVERDE INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Suit No.: 20200258
15TH JUDICIAL DISTRICT COURT
LAFAYETTE PARISH

ELLIOT WASHINGTON
vs
PROGRESSIVE PALOVERDE INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: E CUMMINS

Date: 01/29/2020
Title: DEPUTY SHERIFF

**No: 1150001**

KC

EXHIBIT "A"

LAFPC.CV.58744855
cc_etwescott

Ordered by Atty.: KENNY M. HABETZ, JR.

# CITATION

| | |
|---|---|
| **ELLIOT WASHINGTON** | **FIFTEENTH JUDICIAL DISTRICT COURT** |
| **VS** | **DOCKET NUMBER: C-20200258 L** |
| **PROGRESSIVE PALOVERDE INSURANCE CO** | **PARISH OF LAFAYETTE, LOUISIANA** |

**STATE OF LOUISIANA**

**TO: PROGRESSIVE PALOVERDE INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS,
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809**

SERVICE COPY

SERVED ON
R. KYLE ARDOIN
JAN 29 2020
SECRETARY OF STATE
COMMERCIAL DIVISION

of the Parish of E BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this JANUARY 16, 2020.

Elizabeth J Wescott
Deputy Clerk of Court
Lafayette Parish

***Attached are the following documents:**
**PETITION FOR DAMAGES, AND REQUEST FOR NOTICE**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: ____________________, 20________ TIME: ______________
SERVED: ______________________________________________
PERSONAL ( ) ____________________________________________
DOMICILIARY ( ) ON _______________________________________
UNABLE TO LOCATE MOVED ( ) NO SUCH ADDRESS ( )
OTHER REASON: ____________________________________________
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $__________ MILEAGE $__________ TOTAL $__________
DEPUTY ____________________________________________

SERVICE COPY

58548512

CLERK OF COURT LAFAYETTE PARISH, LA.
2020 JAN 14 PM 1:46

INDEXED

New Suit
[illegible]

DIV. "L"

ELLIOT WASHINGTON | 15TH JUDICIAL DISTRICT COURT

VERSUS | DOCKET NUMBER: 20200258 L

PROGRESSIVE PALOVERDE INSURANCE COMPANY | LAFAYETTE PARISH, LOUISIANA

**PETITION FOR DAMAGES**

NOW COMES petitioner, ELLIOT WASHINGTON, a person of the full age of majority being domiciled and residing in Lafayette Parish, State of Louisiana, who respectfully represents:

1.

Made defendant herein is:

A) PROGRESSIVE PALOVERDE INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana;

2.

Upon information and belief, at all times pertinent herein, PROGRESSIVE PALOVERDE INSURANCE COMPANY provided vehicle liability and uninsured/underinsured vehicle motorist insurance coverage to plaintiff, ELLIOT WASHINGTON, under the terms and conditions of policy number: 922534889, which was in full force and effect on the date of the accident sued upon herein.

3.

Defendant, PROGRESSIVE PALOVERDE INSURANCE COMPANY, is indebted to your petitioner, jointly, severally and in *solido*, for injuries and other damages sustained by petitioner, in amounts to be found reasonable in the premises.

4.

On or about October 16, 2018 plaintiff, ELLIOT WASHINGTON was operating a 2018 Chevrolet Silverado northbound on SH 349 in Midland, Texas. At approximately the same time, Kristi Williams was operating her 2005 Pontiac Aztec traveling behind plaintiff's vehicle northbound on SH 349 in Midland, Texas. Suddenly and without warning, Kristi Williams's 2005 Pontiac Aztec struck the rear of Elliot Washington's vehicle. As a result of the accident, ELLIOT WASHINTONG sustained severe personal injuries.

EXHIBIT "A"

5.

Petitioner, ELLIOT WASHINGTON, sustained disabling injuries, loss of income and/or income earning capacity, and other damages due to the reckless and careless negligence of Kristi Williams.

6.

Due to the fact that there was not enough insurance coverage in effect for the at fault driver on the date of the accident, petitioner has been unable to collect sufficient amounts to fully compensate him for his damages and losses.

7.

Petitioner, through undersigned counsel, has made formal tender demands to Defendant for a reasonable amount due pursuant to Louisiana Revised Statute 22:1892.

8.

Notwithstanding the information provided to Defendant, Defendant has refused to make an unconditional tender in an amount reasonably calculated to compensate petitioner for his damages and losses.

9.

Defendant has failed to make a tender for the reasonable amount due pursuant to Louisiana Revised Statute 22:1892 and has acted in a manner which is arbitrary, capricious, and without probable cause, and therefore, is subject to a penalty, in addition to the amount of loss, of fifty (50%) percent damages on the amount found to be due from Defendant to your petitioner, as well as reasonable attorney fees and costs.

10.

Petitioner, ELLIOT WASHINGTON, alleges the following general and specific damages she is entitled to recover in amounts calculated to adequately compensate him for his injuries and other damages sustained:

A) past, present, and future medical expenses;

B) past, present and future physical pain and suffering and loss of function;

C) past, present and future mental anguish and emotional distress;

D) past, present and future lost wages and loss of income earning capacity;

E) loss of enjoyment of life;

F) penalties;

G) attorney's fees.

WHEREFORE, petitioner, ELLIOT WASHINGTON, prays for service and citation upon defendant, to appear and answer same, and after all legal delays are had, that there be judgment herein in plaintiff's favor and against defendant, PROGRESSIVE PALOVERDE INSURANCE COMPANY, jointly, severally and in *solido*, in full and true sums calculated to compensate your petitioner for the damages complained of herein, with judicial interest from date of judicial demand, until paid, for attorney's fees where applicable, for all costs in these proceedings, and for all general and equitable relief.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted:

**BRANDT & SHERMAN, L.L.P.**

By: ______________________

Kenny M. Habetz, Jr. (32488)
(Attorney for Plaintiff)
111 Mercury Street
Lafayette, LA 70503
Phone: 337-800-4000
Fax: 337-261-9777

**PLEASE SERVE THE FOLLOWING:**

**PROGRESSIVE PALOVERDE INSURANCE COMPANY**
**through its agent for service of process,**
**Louisiana Secretary Of State**
**8585 Archives Avenue**
**Baton Rouge, LA 70809**

A TRUE COPY ATTEST
Lafayette, LA. 1-16-2020
DY. CLERK OF COURT

FILED THIS 14
DAY OF Jan ,20 20
Deputy Clerk of Court

EXHIBIT "A"

58548553

| | |
|---|---|
| **ELLIOT WASHINGTON** | **15TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NUMBER: __________** |
| **PROGRESSIVE PALOVERDE INSURANCE COMPANY** | **LAFAYETTE PARISH, LOUISIANA** |

**REQUEST FOR NOTICE**

TO: The Honorable Louis Perret
LAFAYETTE PARISH CLERK OF COURT
P. O. Box 2009
Lafayette LA 70502-2009

PLEASE TAKE NOTICE that petitioner, ELLIOT WASHINGTON, does hereby request written notice of the date of trial of the above matter, as well as notice of hearings, whether on the merits or otherwise, orders, judgments and interlocutory decrees and any and all formal steps taken by the parties herein, the judge, or any member of the court, as provided by LSA C.C.P. articles 1572, 1913, and 1914.

Respectfully submitted,

**BRANDT & SHERMAN, L.L.P.**

**BY:** ____________________
**KENNY M. HABETZ, JR. (#32488)**
111 Mercury Street
Lafayette, LA 70503
Telephone: (337) 800-4000
Facsimile: (337) 261-9777
(Attorney for Plaintiff)

A TRUE COPY ATTEST
Lafayette, LA. 1-16-2020
DY. CLERK OF COURT

FILED THIS 14
DAY OF Jan ,20 20
Deputy Clerk of Court

EXHIBIT "A"


58809864

15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

STATE OF LOUISIANA

NO. 20200258 DIVISION "L"

ELLIOT WASHINGTON

VERSUS

PROGRESSIVE PALOVERDE INSURANCE COMPANY

FILED: ______________________ ______________________ DEPUTY CLERK

CLERK OF COURT LAFAYETTE PARISH LA 2020 FEB 12 AM 9:54

## MOTION FOR EXTENSION OF TIME

Defendant, Progressive Paloverde Insurance Company, moves this Honorable Court to extend an additional thirty (30) days within which Defendants must answer Plaintiff's Petition for Damages, on the grounds that additional time is necessary to obtain further information and to complete necessary investigation preparatory to answering. No previous extensions of time have been obtained from the adverse party in this action or granted by this Court.

Respectfully submitted,

CHRISTIAN A. GARBETT, SR. (26293)
ROBIN D. CASSEDY (36408)
STRAUSS MASSEY DINNEEN LLC
935 Gravier Street, Suite 1450
New Orleans, Louisiana 70112
Telephone: (504) 380-0290
Facsimile: (504) 332-8434
sdinneen@smd-law.com
rcassedy@smd-law.com

*Attorney for Defendants, Progressive Paloverde Insurance Company*

FILED THIS 12 DAY OF Feb, 2020
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, LA. 2-14-2020
DY. CLERK OF COURT

{S0116215.1}

EXHIBIT "A"

**15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE**

**STATE OF LOUISIANA**

**NO. 20200258** **DIVISION "L"**

**ELLIOT WASHINGTON**

**VERSUS**

**PROGRESSIVE PALOVERDE INSURANCE COMPANY**

**FILED:** ______________________ ______________________ **DEPUTY CLERK**

**ORDER**

Considering the above and foregoing motion of Defendant, Progressive Paloverde Insurance Company, requesting an additional thirty (30) days within which Defendants must answer Plaintiff's Petition for Damages, it is ordered, adjudged and decreed that such extension of time be granted.

Lafayette, Louisiana, this 13 day of February, 2020.

**HONORABLE ~~MARILYN C. CASTLE~~**
**DISTRICT JUDGE**
Thomas R. Duplantier

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this ~~judgment~~/order has been mailed/~~served~~ on all parties this 14 day of Feb, 20 20
Deputy Clerk of Court

cc: Robin D. Cassedy
Kenny M. Habetz, Jr.

FILED THIS 13
DAY OF Feb, 20 20
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, LA. 2-14-2020
DY. CLERK OF COURT

{S0116215.1}

EXHIBIT "A"